IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00860-PAB-KMT

MARCUS PALMER,

    Applicant,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Applicant's Request for Leave to Submit a Reply to Respondent's Answer" (#20, filed November 4, 2008) is GRANTED. Petitioner shall file his reply brief no later than December 8, 2008.

Dated: November 6, 2008