IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00860–PAB–KMT

MARCUS PALMER,

    Applicant,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Denver District Court shall provide to this court the original written record, including transcripts, of Denver criminal case no. 00CR907, *People v. Marcus Palmer*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

    Dated this 19th day of January, 2010.

                                                  **BY THE COURT:**

                                                  Kathleen M. Tafoya
                                                  United States Magistrate Judge