F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00860-PAB

MARCUS PALMER,

      Applicant,

v.

STEVE HARTLEY, Warden, Limon Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

## ORDER RETURNING STATE COURT RECORD

      Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

DATED May 24, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00860 PAB

Denver District Court
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Marcus Palmer
# 48733
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

John Jacob Fuerst, III - Colorado Attorney General's Office-Appellate Section
**DELIVERED ELECTRONICALLY**

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   5/24/2012   .

                                      GREGORY C. LANGHAM, CLERK

                                      By: s/ D. Berardi
                                            Deputy Clerk